IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL LIA, | ) | No. C 09-4259 JSW (PR) |
| Petitioner, | )<br>)<br>) | |
| vs. | ) | **ORDER GRANTING EXTENSION OF**<br>**TIME TO FILE OPPOSITION** |
| DARREL ADAMS, Warden, | )<br>)<br>) | |
| Respondent. | ) | (Docket No. 9) |
| | )<br>) | |

Petitioner, a prisoner of the State of California has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254.  Respondent has filed a motion to dismiss in lieu of an answer.  Petitioner has filed a motion seeking an extension of time to file an opposition (docket no. 9).  Good cause appearing, his request is GRANTED (docket no. 9). Petitioner shall file his opposition on or before thirty days from the date of this order.

IT IS SO ORDERED.

DATED: June 29, 2010

_Jeffrey S White_

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEAL LIA, | Case Number: CV09-04259 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTION et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Micheal Lia
T92318
Corcoran State Prison
PO Box 5244
Corcoran, CA 93212-5244

Dated: June 29, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk